sion, Second Department. March 24, 1911.) Action by Charles Rosenberg against Max Halpert. No opinion. Motion denied, on condition that the defendant perfect his appeal, place the case upon the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 136 App. Div. 890, 119 N. Y. Supp. 1143.

ROTHBARTH et al., Respondents, v. EDEY et al., Appellants. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Martin Rothbarth and others against Charles L. Edey and others. L. C. Ledyard, for appellants. B. N. Cardozo, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

ROTHBARTH et al., Respondents, v. HERZFELD et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Martin Rothbarth and others against Felix Herzfeld and others. L. C. Ledyard, for appellants. B. N. Cardozo, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

ROTHENBERG, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Fourth Department, March 8, 1911.) Action by August W. L. Rothenberg against Newton M. Collins.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury was contrary to and against the weight of the evidence.

RUDOLPH v. SLOWEY. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Appeal from Special Term, New York County. Action by Anton E. Rudolph against Ann T. Slowey. From an order denying motion to open default, defendant appeals. Reversed, and motion granted. W. F. Clare, for appellant. F. W. Noble, for respondent.

PER CURIAM. The order appealed from should be reversed, without costs, and the motion granted, to the extent of opening the defendant's default and permitting her to answer, upon condition that she pay all costs of the action to date to be taxed; the judgment to stand as security for any recovery the plaintiff may have.

RUPP, Appellant, v. STEVENSON, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Richard C. Rupp against Frederick Boyd Stevenson (action No. 1). No opinion. For error in excluding plaintiff's check, Exhibit A for identification, judgment of the Municipal Court reversed and new trial ordered; costs to abide the event.

RUPP, Appellant, v. STEVENSON, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Richard C. Rupp against Frederick Boyd Stevenson (action No. 2). No opinion. Judgment of the Municipal Court affirmed, with costs.

RUSSO–CHINESE BANK, Respondent, v. DICK et al., Appellants. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the Russo-Chinese Bank against Evans R. Dick and others. G. S. Graham, for appellants. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RYAN, Appellant, v. JOSLIN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Thomas J. Ryan against Falcon Joslin and others. C. A. Boston, for appellant. H. Barry, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RYAN, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Roger Ryan against the Solvay Process Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the defendant was not shown guilty of actionable negligence.

SABATINO, Respondent, v. ROEBLING CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Innocenzo Sabatino against the Roebling Construction Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 136 App. Div. 217, 120 N. Y. Supp. 956.

KRUSE, J., dissents, upon the ground that the lowering of the elevator was a detail of the work, and that the notice of claim and evidence in support thereof were insufficient to establish negligent superintendence.

ST. GEORGE CONTRACTING CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the St. George Contracting Company against the City of New York. For former opinion, see 128 N. Y. Supp. 393.

PER CURIAM. Motion for reargument denied, with $10 costs.

SAPIRSTEIN, Appellant, v. GOPHRENER, Respondent. (Supreme Court, Appellate